# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MARCUS HARRIS,

        Plaintiff,

    v.                                    Case No. 19-C-1107

CO JESTER, et al.,

        Defendants.

## ORDER

On August 29, 2019, the court issued a screening order dismissing the plaintiff's complaint for failure to state a claim. The plaintiff appealed on September 25, 2019. Later that day, the Clerk of Court directed the plaintiff to pay the filing fee or to submit a motion for permission to appeal *in forma pauperis* along with a certified copy of his trust account statement for the past six months on or before October 16, 2019. Dkt. No. 15. The plaintiff filed a motion for leave to proceed *in forma pauperis* on appeal but did not submit a certified copy of his prison trust account statement as required by 28 U.S.C. § 1915(a). Without the prison trust account statement, the court is unable to calculate the required initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1). Therefore, the plaintiff shall submit a certified copy of his trust account statement for the six-month period on or before **November 8, 2019**. If the plaintiff fails to submit his trust account statement by that date, his motion for leave to appeal without prepayment of the filing fee will be denied.

**SO ORDERED** this __18th__ day of October, 2019.

                                   s/ William C. Griesbach
                                   William C. Griesbach, Chief Judge
                                   United States District Court